Núm. 7439.—MARTINÓ, etc., apltes. *v.* SANTISTEBAN CHAVARRY & Co. S. EN C., aplda.—C. D. San Juan.  Enero 12, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Solicitada la desestimación de este recurso de apelación por el

fundamento de no haberse notificado el escrito de apelación a la parte demandada y apelada, oídas las partes y visto el escrito de oposición radicado por los apelantes, así como las declaraciones juradas que acompañan una y otra parte, estimamos que los apelantes han cumplido suficientemente con los requisitos de la ley, según ha sido ésta interpretada en *Serra* v. *Corte Municipal,* 49 D.P.R. 542, y por lo tanto se declara sin lugar la moción de desestimación.

Los Jueces Asociados Sres. Wolf y Córdova Dávila no intervinieron.